UST-27, 3-03

Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) CHAPTER 7 |
| | ) |
| MANCILLA, JAIME<br>MANCILLA, KARLA MARIA | ) CASE NO. 01-15099-ECF-CGC |
| | ) |
| | ) TRUSTEE'S FINAL<br>) REPORT AND PROPOSED<br>) DISTRIBUTION |
| Debtor(s). | ) |

I, Maureen Gaughan, Trustee of the estate of the above-named debtor(s), respectfully report and represent that:

1. All Assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, released to secured creditors, abandoned, or will be abandoned as burdensome, Form 1 - Individual Estate Property Record and Report, Form 2 - Cash Receipts and Disbursements Record and Trustee's Proposed Distribution are attached hereto.

2. In addition, the Trustee has reviewed the Statement of Affairs and all other schedules and has determined that there are no additional assets having any value to the estate.

3. A summary of receipts and disbursements as reflected in the attached Form 2 is: Receipts $4,858.18 Disbursements $684.26; and the balance on hand $4,173.92; Checking $4,173.92, Savings $0.00, TCD $0.00.

4. A separate Application for Compensation and Reimbursement of Expenses has been filed and that pursuant to §326(a) of the Bankruptcy Code, the maximum fee allowable to the Trustee is $1,043.48. I have received $0.00 of this total as interim compensation, and now request $1,043.48 as my final compensation and an additional $87.86 for reasonable and necessary expenses incurred.

I declare under penalty of perjury that the statements contained in the foregoing final account and attached report Forms and Schedules of Trustee are true according to the best of my knowledge, information and belief. I further declare that I have no agreement or understanding, expressed or implied, with anyone whomsoever as to any division of fees in the above matter.

I certify to the Court and the United States Trustee that I have faithfully and properly fulfilled the duties of the office of the trustee, that I have examined all proofs of claims as appropriate under the proposed distribution, and the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

MANCILLA, Jaime & Karla 01-15099-ECF-CGC

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

February 18, 2004
DATE

Maureen Gaughan, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE LASHINSKY
UNITED STATES TRUSTEE

Date: 4-20-04

By ____________________

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 01-15099-ECF CGC Judge: CHARLES G. CASE
Case Name: MANCILLA, JAIME
MANCILLA, KARLA MARIA
For Period Ending: 02/18/04

Trustee Name: Maureen Gaughan
Date Filed (f) or Converted (c): 11/09/01 (f)
341(a) Meeting Date: 12/18/01
Claims Bar Date: 07/15/02

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND (u) | 0.00 | 0.00 | | 4,803.00 | FA |
| 2. RESIDENCE | 115,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 8,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 930.00 | 0.00 | | 0.00 | FA |
| 7. SPORTS | 150.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. RETIREMENT PLAN | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. 00 DODGE PICKUP | 10,905.00 | 0.00 | | 0.00 | FA |
| 11. 02 OLDSMOBILE BRAVADA | 35,000.00 | 0.00 | | 0.00 | FA |
| 12. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 13. PERSONAL PROPERTY | 0.00 | 0.00 | | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 55.18 | FA |
| TOTALS (Excluding Unknown Values) | $ 179,385.00 | $ 0.00 | | $ 4,858.18 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/18/05 Current Projected Date of Final Report (TFR): 12/18/05

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Case No: 01-15099-ECF CGC
Case Name: MANCILLA, JAIME
MANCILLA, KARLA MARIA
Taxpayer ID No: 75-6640570
For Period Ending: 02/18/04

Trustee Name: Maureen Gaughan
Bank Name: Bank of America
Account Number: 3758365243 Checking - Non Interest

Blanket Bond (per case limit): $ 18,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/04 | | Transfer from Acct #3758024319 | Transfer In From MMA Account | 9999-000 | 4,173.92 | | 4,173.92 |

| | Deposits ($) | Disbursements ($) | Account Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 4,173.92 | 0.00 | 4,173.92 |
| Less: Bank Transfers | 4,173.92 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 4,173.92 | 0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 01-15099-ECF CGC
Case Name: MANCILLA, JAIME
MANCILLA, KARLA MARIA
Taxpayer ID No: 75-6640570
For Period Ending: 02/18/04

Trustee Name: Maureen Gaughan
Bank Name: Bank of America
Account Number: 3758024319 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 18,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | T-Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/02 | 1 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 4,568.00 | | 4,568.00 |
| 04/11/02 | 1 | STATE OF ARIZONA | TAX REFUND | 1224-000 | 235.00 | | 4,803.00 |
| 04/30/02 | 14 | Bank of America | Interest Rate 1.200 | 1270-000 | 2.53 | | 4,805.53 |
| 05/31/02 | 14 | Bank of America | Interest Rate 1.200 | 1270-000 | 4.90 | | 4,810.43 |
| 06/28/02 | 14 | Bank of America | Interest Rate 1.200 | 1270-000 | 4.74 | | 4,815.17 |
| 07/31/02 | 14 | Bank of America | Interest Rate 1.200 | 1270-000 | 4.91 | | 4,820.08 |
| 08/30/02 | 14 | Bank of America | Interest Rate 1.200 | 1270-000 | 4.90 | | 4,824.98 |
| 09/30/02 | 14 | Bank of America | Interest Rate 1.200 | 1270-000 | 4.77 | | 4,829.75 |
| 10/24/02 | 000101 | JAIME and KARLA MANCILLA<br>5836 S BECK AVE<br>TEMPE, AZ 85283-1622 | BACK TO DEBTOR | 8500-002 | | 684.26 | 4,145.49 |
| 10/31/02 | 14 | Bank of America | Interest Rate 1.200 | 1270-000 | 4.88 | | 4,150.37 |
| 11/29/02 | 14 | Bank of America | Interest Rate 0.850 | 1270-000 | 3.37 | | 4,153.74 |
| 12/31/02 | 14 | Bank of America | Interest Rate 0.850 | 1270-000 | 3.01 | | 4,156.75 |
| 01/31/03 | 14 | Bank of America | Interest Rate 0.850 | 1270-000 | 3.00 | | 4,159.75 |
| 02/28/03 | 14 | Bank of America | Interest Rate 0.850 | 1270-000 | 2.71 | | 4,162.46 |
| 03/31/03 | 14 | Bank of America | Interest Rate 0.500 | 1270-000 | 1.89 | | 4,164.35 |
| 04/30/03 | 14 | Bank of America | Interest Rate 0.500 | 1270-000 | 1.71 | | 4,166.06 |
| 05/30/03 | 14 | Bank of America | Interest Rate 0.500 | 1270-000 | 1.76 | | 4,167.82 |
| 06/30/03 | 14 | Bank of America | Interest Rate 0.500 | 1270-000 | 1.72 | | 4,169.54 |
| 07/31/03 | 14 | Bank of America | Interest Rate 0.200 | 1270-000 | 0.71 | | 4,170.25 |
| 08/29/03 | 14 | Bank of America | Interest Rate 0.200 | 1270-000 | 0.70 | | 4,170.95 |
| 09/30/03 | 14 | Bank of America | Interest Rate 0.200 | 1270-000 | 0.69 | | 4,171.64 |
| 10/31/03 | 14 | Bank of America | Interest Rate 0.200 | 1270-000 | 0.71 | | 4,172.35 |
| 11/28/03 | 14 | Bank of America | Interest Rate 0.200 | 1270-000 | 0.68 | | 4,173.03 |
| 12/31/03 | 14 | Bank of America | Interest Rate 0.100 | 1270-000 | 0.36 | | 4,173.39 |
| 01/30/04 | 14 | Bank of America | Interest Rate 0.100 | 1270-000 | 0.35 | | 4,173.74 |
| 02/17/04 | 14 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 4,173.92 |
| | | | | Page Subtotals | 4,858.18 | 684.26 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 01-15099-ECF CGC
Case Name: MANCILLA, JAIME
MANCILLA, KARLA MARIA
Taxpayer ID No: 75-6640570
For Period Ending: 02/18/04

Trustee Name: Maureen Gaughan
Bank Name: Bank of America
Account Number: 3758024319 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 18,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| 02/17/04 | | Transfer to Acct #3758365243 | Final Posting Transfer | 9999-000 | | 4,173.92 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,858.18 | 4,858.18 | 0.00 |
| Less: Bank Transfers | 0.00 | 4,173.92 | |
| Subtotal | 4,858.18 | 684.26 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,858.18 | 684.26 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - 3758365243 | 0.00 | 0.00 | 4,173.92 |
| Money Market - Interest Bearing - 3758024319 | 4,858.18 | 684.26 | 0.00 |
| | 4,858.18 | 684.26 | 4,173.92 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 4,173.92 |

MANCILLA, Jaime & Karla

Case No. 01-15099-ECF-CGC

TRUSTEE'S PROPOSED DISTRIBUTION

ADMINISTRATIVE EXPENSES:

| APPLICANT | FEES | EXPENSES | TOTAL ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| Maureen Gaughan | $1,043.48 | $87.86 | $1,131.34 | $1,131.34 |

CLAIMS:

| TYPE OF CLAIM | CLAIM NO. | CLAIM NAME | AMOUNT OF CLAIM ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| Unsecured | 000011 | CHASE BANKCARD SERVICES INC | $7,542.87 | $575.14 |
| Unsecured | 000013 | SEARS ROEBUCK & CO | $1,780.43 | $135.76 |
| Unsecured | 000012 | MBNA AMERICA | $5,095.15 | $388.50 |
| Unsecured | 000010 | ROBINSONS-MAY BANKRUPTCY DEPT | $1,426.48 | $108.77 |
| Unsecured | 000008 | DISCOVER BANK | $9,943.13 | $758.16 |
| Unsecured | 000004 | WORLD FINANCIAL NETWORK NT'L BANK | $477.04 | $36.37 |
| Unsecured | 000007 | CITIBANK (SOUTH DAKOTA) N.A. | $156.78 | $11.95 |
| Unsecured | 000005 | GE CAPITAL FINANCIAL | $8,222.09 | $626.93 |
| Unsecured | 000002 | CITIBANK/CHOICE | $5,259.11 | $401.00 |
| **Subtotals for Class Unsecured** | | | | **$3,042.58** |
| **Total** | | | | **$4,173.92** |

ONLY those claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution.

DATED: 2/18/04

Maureen Gaughan, Trustee

MANCILLA, Jaime & Karla                                01-15099-ECF-CGC

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE LASHINSKY
UNITED STATES TRUSTEE

Date: 4-20-04

By [signature]