UST-33

Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) CHAPTER 7 |
| | ) |
| MANCILLA, JAIME | ) CASE NO. 01-15099-ECF-CGC |
| MANCILLA, KARLA MARIA | ) |
| | ) TRUSTEE'S REPORT |
| | ) OF FINAL ACCOUNT |
| | ) AND APPLICATION FOR |
| | ) CLOSING AND DISCHARGE |
| Debtor(s). | ) |

Maureen Gaughan, Trustee of the estate of the above-named debtor(s), certifies to the Court and the United States Trustee that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

THEREFORE, pursuant to FRBP 5009, the Trustee requests that this final account be accepted, and that the Court order the case closed and discharge the Trustee of any farther duties.

September 27, 2004
Dated

Maureen Gaughan, Trustee

REVIEWED BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered, and Application for Discharge of the trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

ILENE LASHINSKY
UNITED STATES TRUSTEE

10-29-2004
DATE

By: Anita Wulf